*PRO SE* OFFICE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK  10007

**Ruby J. Krajick**
CLERK OF COURT

March 22, 2011

Re: Karron, Daniel B. v. United States of America

Dear Litigant:

      Please be advised that your papers were received by the *Pro Se* Office on February 22, 2011.

Your case number is 11 Civ. 1874 (UA).  Please do not submit any additional documents in the above referenced matter, until a Judge has been assigned to your case.

      If you have any questions, you may contact the *Pro Se* Office by letter or by telephone during our normal business hours, 8:30 a.m. - 5:00 p.m., Monday - Friday (except federal holidays).  Please note that we cannot accept collect calls.

Sincerely,

M. Santiago
*Pro Se* Clerk
(212) 805-0175

**IMPORTANT NOTE:**

**YOU MUST IMMEDIATELY NOTIFY THE COURT OF ANY CHANGE OF YOUR ADDRESS BY SUBMITTING A LETTER TO THE *PRO SE* OFFICE OR YOU RISK DISMISSAL OF YOUR CASE.**