UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN THE MATTER OF                                          Standing Order
PRO SE PETITIONS                                          M10-468
FOR WRITS OF HABEAS CORPUS                               Document #3
_____X


     All pro se petitions for writs of habeas corpus, whether brought under 28 U.S.C. § 2241, §2254 or §2255, shall be deemed to include a petition for leave to appear in forma pauperis and the Clerk of Court is directed to file all such petitions as if in forma pauperis status had been granted without prepayment of fees.


     SO ORDERED


                                           _____
                                             /s/
                                          Thomas P. Griesa
                                          Chief Judge


Dated: January 10, 2000
       New York, New York