AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

Daniel B. Karron

v.

United States

**APPEARANCE**

Case Number: 11 Civ. 1874 (RPP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

March 28, 2011
Date

*[Signature]*
Signature

Christian R. Everdell
Print Name                                    Bar Number

One St. Andrew's Plaza
Address

New York, NY 10007
City           State           Zip Code

(212) 637-2556                    (212) 637-0097
Phone Number                              Fax Number