UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___4/15/11___

DANIEL B. KARRON,

                     Petitioner,

-against-

United States of America

                     Respondent.

-------------------------------------------------------------X

11-civ-1874 (RPP)

APPLICATION TO DESIGNATE:
CASE AS AN ELECTRONIC
CASE FILING (ECF) MATTER

Daniel B. Karron, appears as and for the Petitioner currently *pro se* in this matter

A notice of appearance for the Respondent, United States of America, has been filed for
Christian R. Everdell, an attorney admitted to practice before this court.

Both parties have agreed to make this application.
I request that the Court designate this case as an Electronic Case Filing (ECF) matter.

                                        15 APR 2011

Dated: Apr 15 2011
New York, New York

                             Signed
                             DANIEL B KARRON
                             pro se

        SO ORDERED:

                                 _____
                                  ROBERTP. PATTERSON
                                  United States District Judge

Dated:___ , ___2011

New York, New York



4/15/2011

Gmail - Application to Designate Case ...



Dr DB Karron <dbkarron@gmail.com>

# Application to Designate Case as an ECF Matter

2 messages

**Dr DB Karron <drdbkarron@gmail.com>**                    **Mon, Apr 11, 2011 at 12:15**
To: christian.everdell@usdoj.gov
Cc: Dr D B Karron <drdbkarron@gmail.com>

Dear Mr. Everdell;

Please advise if this is agreeable to yourself.

Sincerely,

Dr. Karron

     "Dr D B Karron" <drdbkarron@gmail.com>
<karron@casi.net> skype: drdbkarron
+1 (917) 674-0828 (voice and cell texting, sms)

📄 **Application for ECF.pdf**
   10K

---

**Everdell, Christian (USANYS) <Christian.Everdell@usdoj.gov>**       **Tue, Apr 12, 2011 at 17:28**
To: Dr DB Karron <drdbkarron@gmail.com>
Cc: "Everdell, Christian (USANYS)" <Christian.Everdell@usdoj.gov>

Dr. Karron –

I'm not sure you need my approval on this. Feel free to file it.

Regards,

Christian R. Everdell

Assistant United States Attorney

Terrorism and International Narcotics Unit

Southern District of New York

212-637-2556

Gmail - Application to Designate Case ...

**From:** dbkarron@gmail.com [mailto:dbkarron@gmail.com] **On Behalf Of** Dr DB Karron
**Sent:** Monday, April 11, 2011 12:15 PM
**To:** Everdell, Christian (USANYS)
**Cc:** Dr D B Karron
**Subject:** Application to Designate Case as an ECF Matter

[Quoted text hidden]



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL B KARRON

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

II  Civ. 1874 (KAP) ( )

- against -

UNITED STATES OF AMERICA    .

**AFFIRMATION OF SERVICE**

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

I, ___DANIEL BKARRON___, **declare under penalty of perjury** that I have
         _(name)_

served a copy of the attached ___Application to Designate Case As ECF Matter___
         _(document you are serving)_

upon ___CHRISTIAN EVERDELL___ whose address is ___
      _(name of person served)_

___1 St Andrews Plaza, NY NY 10007___
      _(where you served document)_

by ___E-mail, (copy) attached___ .
      _(how you served document: For example - personal delivery, mail, overnight express, etc.)_

Dated: ___New York___, ___NY___
      _(town/city)_     _(state)_

___April___ ___15___, 20_11_
    _(month)_   _(day)_  _(year)_

___(signature)___
_Signature_

___348 E Fulton St___
_Address_

___Long Beach NY___
_City, State_

___11561___
_Zip Code_

___67 917 674 0828___
_Telephone Number_

_Rev. 05/2007_

(4)