UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DANIEL B. KARRON,

                    Petitioner,

-against-

United States of America

                    Respondent.

-----------------------------------------------------------X

11-civ-1874 (RPP)

APPLICATION TO DESIGNATE:
CASE AS AN ELECTRONIC
CASE FILING (ECF) MATTER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/15/11

PRO SE OFFICE

Daniel B. Karron, appears as and for the Petitioner currently *pro se* in this matter

A notice of appearance for the Respondent, United States of America, has been filed for Christian R. Everdell, an attorney admitted to practice before this court.

Both parties have agreed to make this application.
I request that the Court designate this case as an Electronic Case Filing (ECF) matter

Dated: April, 15 2011
New York, New York

Signed
DANIEL B KARRON

15 April 2011

SO ORDERED:

*[signature]*

ROBERT P. PATTERSON
United States District Judge

Dated: 4/19/2011
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/11