

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2011

**BY HAND**

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Daniel B. Karron v. United States,**
              **11 Civ. 1874 (RPP)**

Dear Judge Patterson:

       The Government respectfully submits this letter in response to the defendant's letter, dated April 28, 2011, requesting permission to file an amended memorandum of law in the above-captioned case on or before May 2, 2011 – a request which the Court granted. As the Court is aware, the previous version of the defendant's memorandum of law was filed on April 11, 2011. At that time, the Court ordered the Government to respond within 60 days. Because the defendant will be filing an amended memorandum of law, the Government respectfully requests that the Court amend its earlier order so that the Government's 60-day response period begins on May 2, 2011, the date the amended memorandum is to be filed. Under this proposed schedule, the Government's response would be due on Friday, July 1, 2011. The Government, of course, consents to a similar extension for the petitioner's 30-day period to file his reply.

                                       Respectfully submitted,

                                       PREET BHARARA
                                       United States Attorney

                      By:  _____
                           Christian R. Everdell
                           Assistant United States Attorney
                           (212) 637-2556

cc:    D.B. Karron, *pro se* (by first class mail)

*[Handwritten endorsement: Application Granted. So ordered. Robert P. Patterson, U.S.D.J. 5/2/11]*

*[Stamp: MEMO ENDORSED]*

*[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 5/3/11]*