

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 13, 2011



**BY HAND**

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Daniel B. Karron v. United States**,
              11 Civ. 1874 (RPP)

Dear Judge Patterson:

        As the Court is aware, the petitioner in the above-captioned case originally filed a memorandum of law in support of his petition for habeas corpus relief on April 11, 2011. The Court later granted the petitioner's request to file an amended memorandum of law, which the Government received by e-mail on Wednesday, May 11, 2011. The Court had previously ordered the Government to respond to the petitioner's memorandum within 60 days. Now that the Government has received the amended memorandum, the Government respectfully requests that the Court amend its scheduling order so that the Government's 60-day response period begins on the date of service – May 11, 2011. Under this proposed schedule, the Government's response would be due on Monday, July 11, 2011. The Government, of course, consents to a similar extension for the petitioner's 30-day period to file his reply.

                               Respectfully submitted,

                               PREET BHARARA
                               United States Attorney

                   By:   _____
                               Christian R. Everdell
                               Assistant United States Attorney
                               (212) 637-2556

cc:    D.B. Karron, *pro se* (by e-mail)

[Handwritten endorsement: Application granted so ordered [signature] 5/13/11]