

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 8, 2011



**BY FAX**

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Daniel B. Karron v. United States,**
           **11 Civ. 1874 (RPP)**

Dear Judge Patterson:

        The Government respectfully submits this letter to request a brief four-day extension to file its response to Dr. Karron's petition for habeas corpus relief in the above-captioned case. The Government's response is currently due on Monday, July 11, 2011. The requested extension would move the filing date to Friday, July 15, 2011. I contacted Dr. Karron earlier today regarding this request, but I have not yet received a response.

                              Respectfully submitted,

                              PREET BHARARA
                            United States Attorney

               By: _____
                     Christian R. Everdell
                     Assistant United States Attorney
                     (212) 637-2556

cc:    D.B. Karron, *pro se* (by e-mail)

*Application Granted*
*So ordered*
*Robert P. Patterson*
*USDJ*
*7/8/11*

TOTAL P.002