


D. B. Karron, Ph.D. (Dr. K)
348 East Fulton Street
Long Beach, NY 11561
e-mail: drdbkarron@gmail.com
Fax: +1 516 3081982
Voice: +1 516 515 1474

Friday, August 12, 2011 at 07:24:57 Hours

Hon. Robert P. Patterson
500 Pearl St.
New York, NY 10007-1312
By FAX to 212-805-791

## MEMO ENDORSED

Attention Marilyn Ong or Robert Monteagudo

RE: DANIEL B KARRON v UNITED STATES OF AMERICA
11-civ-1874 (RPP) and 07-cr - 541 (RPP)
Reply Brief due date request

Dear Judge Patterson;

I will submit a reply brief, under Rule (5)(e), in opposition to the governments opposing brief of July 15. I believe that these briefs are nominally submitted 30 days after the opposing brief.

Because of the summer vacation is the only time my pro bono and ad hoc legal supporters can help, and given that we are entering the height of the summer doldrums, I propose to submit my reply brief in 60 days from the Governments brief, due September 15. I also need to work around the vacation schedules of declarants. Finally, hot spells cause computer mayhem and precluded working when the temperatures are excessive.

I have been working diligently on my petition to the best of my abilities and intend to win a hearing and more, despite the high barriers raised by post-conviction relief standards.

Mr. Everdell, representing the Government, has no objection to this proposed due date.

Sincerely,

D B Karron
Petitioner
pro se

*Application Granted.*
*The Defendant's reply papers will be due September 15, 2011.*
*See Local Rules on length of Reply brief.*

So ordered

Robt P Patterson
USDJ
8/12/11