D. B. Karron, Ph. D.
348 East Fulton Street
Long Beach, New York 11561
E-Mail to drdbkarron@gmail.com
Facsimile +1 (516) 308 - 1982
Voice +1 (516) 515 - 1474

Wednesday, February 08, 2012 at 21:18:15 Hours

Hon. Robert P. Patterson
United States District Judge
c/o Pro Se Office
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: Karron, v USA *et al*
  12-cv-118-RPP, 11-civ-1874 RPP, and 07-cr - 541 RPP

Dear Judge Patterson;

I respectfully request the Court post the docketed copy of my 2255 corrected sur-reply papers as a downloadable PACER document. It is listed on closed criminal docket at 1:07-cr-00541-RPP on Jan 5, 2012 but not assigned a docket number.[1] The Governments' response to this very document was docketed on Feb 1, 2012 and posted as Document 100.[2]

I have complied with the courts order(s)[3][4] directing the submission of an IFP application[5].

---

[1] 01/05/2012   MOTION to Vacate under 28 U.S.C. 2255 Document filed by Daniel B. Karron. (jw) (Entered: 01/11/2012) [1:07-cr-00541-RPP]
[2] 02/01/2012 100   RESPONSE in Opposition by USA as to Daniel B. Karron re MOTION to Vacate under 28 U.S.C. 2255. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Kwok, Chi) (Entered: 02/01/2012) [1:07-cr-00541-RPP]
[3] 01/18/2012   99   ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION as to Daniel B. Karron. Plaintiff Daniel B. Karron brings this pro se "Motion under Federal Rules Criminal Procedure 41(g) for the return of property seized in criminal case." The Court directs Plaintiff to ... submit a completed Request to Proceed In Forma Pauperis . ... IT IS SO ORDERED. (Signed by Judge Robert P. Patterson on 1/18/2012)(ja) (Main Document 99 replaced on 1/18/2012) (ja). (Entered: 01/18/2012) [1:07-cr-00541-RPP]
[4] 01/18/2012   3   ORDER Plaintiff Daniel B. Karron brings this pro se "Motion under Federal Rules Criminal Procedure 41(g) for the return of property seized in criminal case." ... The Court directs Plaintiff to ... submit a completed ,,, ("IFP" application), within thirty days of the date of this Order as detailed herein.... The application must bear the docket number 12 Civ. 0118 (RPP). ... IT IS SO ORDERED. (Also filed in 07 Cr. 541

I respectfully request that my 2255 "**CORRECTED SURREPLY**" be posted in PACER on the appropriate case docket(s) so that all parties can refer to the authoritative copy/version/revision of what I have written (or not written) in this matter and to what the Government is (or is not) responding to in their already docketed and published response brief(s).[6]

Sincerely,

*[signature]*

D. B. Karron

*pro se*

Cc: **Chi T. Steve Kwok**
    U.S. Attorney's Office, SDNY
    One St. Andrew's Plaza
    New York, NY 10007
    Email: steve.kwok@usdoj.gov

   **Christian R. Everdell**
    U.S. Attorney's Office, SDNY
    One St. Andrew's Plaza
    New York, NY 10007
    Email: christian.everdell@usdoj.gov

Attention: Robert. Monteagudo
    Courtroom Deputy Clerk to Judge Patterson
    By fax to 212-805-7917

---

(RPP).) (Signed by Judge Robert P. Patterson on 1/18/2012) (ja) (Main Document 3 replaced on 1/18/2012) (ja). (Entered: 01/18/2012)[ 1:12-cv-00118-RPP]
[5] CIVIL DOCKET FOR CASE #: 1:12-cv-00118-RPP, 02/01/2012     4     DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Daniel B. Karron.(mro) (Entered: 02/06/2012)
[6] 02/01/2012 Document 100   RESPONSE in Opposition by USA as to Daniel B. Karron re MOTION to Vacate under 28 U.S.C. 2255. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Kwok, Chi) (Entered: 02/01/2012) [1:07-cr-00541-RPP]