UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DANIEL B. KARRON,

                                        07 Cr. 541 (RPP)
                                        12 Civ. 118 (RPP)

                        Petitioner,

                                        **ORDER**

        - v. -

UNITED STATES OF AMERICA,

                        Respondent.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/12
```

**ROBERT P. PATTERSON, JR. U.S.D.J.**

Movant Daniel B. Karron, by letter dated March 20, 2012, writes in response to the

Court's Order of March 3, 2012, requesting an extension of time to reply to the Government's

response to her Motion for the Return of Property under Fed. R. Crim. P. 41(g).  Movant also

writes that her review of the docket for No. 12 Civ. 0118 reveals no entries for (1) the

Government's response, (2) Movant's receipt dated March 8, 2012, or (3) Movant's Motion for

the Return of Property under Fed. R. Crim. P. 41(g).[1]

The Court's Order of March 3, 2012 states that the Government's "Response to

Defendant's Rule 41(g) Motion for Return of Property and Defendant's Corrected Surreply in

Support of Her 2255 Motion" filed in United States v. Karron, No. 12 Civ. 0118 (RPP), Feb. 1,

2012, ECF No. 13, was to be treated as a response to Movant's Motion for the Return of

Property under Fed. R. Crim. P. 41(g), insofar as it responded to the Motion.  Movant is directed

to that entry in drafting her reply.

---

[1] In her letter, Movant referred to a "motion to quash" which she also referenced as the Motion for the Return of property under Fed. R. Crim. P. 41(g).

Movant's Motion for the Return of Property under Fed. R. Crim. P. 41(g), No. 12 Civ. 0118 (RPP), Dec. 23, 2011, ECF No. 1, and Movant's receipt, No. 12 Civ. 0118 (RPP), March 8, 2012, ECF. No. 11, are reviewable on ECF in the docket for No. 12 Civ. 0118.

Movant's request for an extension of time is granted.  Movant shall reply by April 16, 2012.

IT IS SO ORDERED.

Dated: New York, New York
      March 2⌐2012

                                Robert P. Patterson, Jr.
                                     U.S.D.J.