# MANDATE

S.D.N.Y.- N.Y.C.
11-cv-1874
Patterson, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of January, two thousand thirteen.

Present:
    Guido Calabresi,
    Gerard E. Lynch,
    Denny Chin,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 11, 2013

Daniel B. Karron,

        *Petitioner-Appellant*,

v.                                         12-2297

United States of America,

        *Respondent-Appellee*.

Appellant, *pro se*, moves for a certificate of appealability ("COA"), leave to proceed *in forma pauperis* ("IFP"), and leave to file an appendix in support of the COA motion. Upon due consideration, it is hereby ORDERED that the motion for leave to file an appendix is DENIED as unnecessary. It is further ORDERED that the COA and IFP motions are DENIED and the appeal is DISMISSED because Appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/11/2013